**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

JASON LAFFREY,

Plaintiff,

CASE NO.: 1:26-cv-24029-CMA

v.

EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC and I.Q. DATA INTERNATIONAL INC.,

Defendants.
_________________________________/

**NOTICE OF SETTLEMENT AS TO THE DEFENDANT,**
**TRANS UNION LLC**

COMES NOW Plaintiff, Jason Laffrey, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and the Defendant, Trans Union LLC, have reached a settlement with regard to this case and within the next 60 days will draft and finalize the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 14th day of August, 2026.

**/s/Octavio Gomez**
Octavio "Tav" Gomez

Florida Bar #:0338620
Georgia Bar #: 617963
Pennsylvania #: 325066
Virginia Bar #: 101194
The Consumer Lawyers PLLC
501 E. Kennedy Blvd., Ste 610
Tampa, FL 33602
Cell: (813)299-8537
Facsimile: (844)951-3933
Primary Email:
Tav@theconsumerlawyers.com
Secondary Email:
Lisa@theconsumerlawyers.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email address denoted on the Electronic Mail Notice List, and I hereby certify that the foregoing document or paper will be served on Defendant and/or Defendant's counsels.

**/s/Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar #:0338620
Georgia Bar #: 617963
Pennsylvania #: 325066
Virginia Bar #: 101194
The Consumer Lawyers PLLC
Attorney for Plaintiff